UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-06686-SSS-PDx | Date | August 13, 2024 |
| Title | D.E.F., et al. v. City of Los Angeles, et al. | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER [DKT. 46]**

On August 18, 2021, Plaintiffs D.E.F., Marina Ysaac, and Marina Ysaac Jr. (the "Plaintiffs") filed a complaint against several defendants for claims relating to the death of Anthony Isaac by gunshot wound. [Dkt. 1].

On May 15, 2024 the Court issued a text entry responding to the Notice of Settlement [DKt. 45] ordering both parties to either file (1) a Motion for Approval of Minor's Compromise or (2) a motion to reopen if settlement has not been consummated by **July 12, 2024**. [Dkt. 46]. As of the date of this Order, neither party has filed a motion.

Accordingly, the Court **ORDERS** both parties to show cause why this action should not be dismissed for their failure to comply with the Court's Order.

Plaintiffs are required to respond in writing by filing a motion on or before **August 23**, **2024** by 12:00 noon. Plaintiffs' failure to file their motion(s) will result in the dismissal of this action.

**IT IS SO ORDERED.**